UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBROSE HARRIS | Civil No. 08-1014 |
| vs. | Order of Reassignment and Reallocation |
| MICHELLE RICCI, et al. | |

It is on this   30th   day of June, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE DICKINSON R. DEBEVOISE TO JUDGE JOEL A. PISANO

and reallocated from NEWARK to TRENTON.

           S/ Garrett E. Brown, Jr.
    GARRETT E. BROWN, JR. CHIEF JUDGE
     UNITED STATES DISTRICT COURT